UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| REBECCA ANN MCCULLEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:16CV191 RLW |
| DOLLAR GENERAL CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On September 1, 2016, the parties requested an extension to designate their neutral and to complete ADR. (ECF No. 17). The Court granted this motion. (ECF No. 18). The new mediation completion deadline was November 30, 2016, and the deadline to file the designation of neutral was September 30, 2016. The parties have not complied with these deadlines, and the parties have not filed any ADR documents.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file the Designation of Neutral and the neutral's compliance report no later than **Friday January 13, 2017.** Failure to do so may result in sanction, up to and including dismissal of Plaintiff's lawsuit for failure to prosecute.

Dated this 5th day of January, 2017.

 /s/ Ronnie L. White
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE